1  MCGREGOR W. SCOTT
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700

5  Attorneys for the United States

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            2:18-MC-00145-TLN-EFB

12              Plaintiff,

13       v.                             STIPULATION AND ORDER EXTENDING TIME
                                        FOR FILING A COMPLAINT FOR FORFEITURE
                                        AND/OR TO OBTAIN AN INDICTMENT
14  APPROXIMATELY $28,000.00 IN U.S.     ALLEGING FORFEITURE
    CURRENCY,
15
                Defendant.
16

17       It is hereby stipulated by and between the United States of America and potential claimant Ryan

18  Raczkowski ("Raczkowski"), by and through their respective counsel, as follows:

19       1.      On or about June 27, 2018, claimant Raczkowski filed a claim in the administrative

20  forfeiture proceedings with the United States Postal Inspection Service with respect to the

21  Approximately $28,000.00 in U.S. Currency (hereafter "defendant currency"), which was seized on

22  April 13, 2018.

23       2.      The United States Postal Inspection Service has sent the written notice of intent to forfeit

24  required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any

25  person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person

26  other than the claimant has filed a claim to the defendant currency as required by law in the

27  administrative forfeiture proceeding.

28       3.      Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for

                                            1

forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline was September 25, 2018.

4.     By Stipulation and Order filed September 28, 2018, the parties stipulated to extend to December 24, 2018, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5.     As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to February 22, 2019, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5.     Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to February 22, 2019.

Dated:    12/19/2018                              MCGREGOR W. SCOTT
                                                  United States Attorney


                                                   /s/ Kevin C. Khasigian
                                                  KEVIN C. KHASIGIAN
                                                  Assistant U.S. Attorney


Dated:    12/19/2018                              /s/ Kendell K. Ali
                                                  KENDELL K. ALI
                                                  Attorney for Ryan Raczkowski
                                                  (As authorized via phone)


          IT IS SO ORDERED.

Dated: December 27, 2018


                                                  Troy L. Nunley
                                                  United States District Judge