MCGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:18-MC-00145-TLN-EFB |
| Plaintiff, | |
| v. | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| APPROXIMATELY $28,000.00 IN U.S. CURRENCY, | |
| Defendant. | |

It is hereby stipulated by and between the United States of America and potential claimant Ryan

Raczkowski ("Raczkowski"), by and through their respective counsel, as follows:

1.      On or about June 27, 2018, claimant Raczkowski filed a claim in the administrative

forfeiture proceedings with the United States Postal Inspection Service with respect to the

Approximately $28,000.00 in U.S. Currency (hereafter "defendant currency"), which was seized on

April 13, 2018.

2.      The United States Postal Inspection Service has sent the written notice of intent to forfeit

required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any

person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person

other than the claimant has filed a claim to the defendant currency as required by law in the

administrative forfeiture proceeding.

3.      Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for

1

forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline was September 25, 2018.

4.     By Stipulation and Order filed September 28, 2018, the parties stipulated to extend to December 24, 2018, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5.     By Stipulation and Order filed December 28, 2018, the parties stipulated to extend to February 22, 2019, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6.     As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to May 23, 2019, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

///
///
///
///
///
///
///
///
///
///
///
///

Stipulation to Extend Time to File Complaint

1    7.    Accordingly, the parties agree that the deadline by which the United States shall be

2  required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment

3  alleging that the defendant currency is subject to forfeiture shall be extended to May 23, 2019.

4  Dated:     2/22/2019                          MCGREGOR W. SCOTT
                                                  United States Attorney
5

6                                                  /s/ Kevin C. Khasigian
                                                  KEVIN C. KHASIGIAN
7                                                 Assistant U.S. Attorney

8

9  Dated:     2/20/2019                          /s/ Kendell K. Ali
                                                  KENDELL K. ALI
10                                                Attorney for Ryan Raczkowski
                                                  (As authorized via email)
11

12          IT IS SO ORDERED.

13  Dated: February 28, 2019

14

15

16

17          Troy L. Nunley
            United States District Judge

18

19

20

21

22

23

24

25

26

27

28

3