PHILLIP A. TALBERT
Acting United States Attorney
KEVIN C. KHASIGIAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>APPROXIMATELY $28,000.00 IN U.S. CURRENCY,<br><br>          Defendant. | 2:18-MC-00145-TLN-EFB<br><br>STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |

It is hereby stipulated by and between the United States of America and potential claimant Ryan Raczkowski ("Raczkowski"), by and through their respective counsel, as follows:

1. On or about June 27, 2018, claimant Raczkowski filed a claim in the administrative forfeiture proceedings with the United States Postal Inspection Service with respect to the Approximately $28,000.00 in U.S. Currency (hereafter "defendant currency"), which was seized on April 13, 2018.

2. The United States Postal Inspection Service has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant

currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline was September 25, 2018.

4. By Stipulation and Order filed September 28, 2018, the parties stipulated to extend to December 24, 2018, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5. By Stipulation and Order filed December 28, 2018, the parties stipulated to extend to February 22, 2019, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6. By Stipulation and Order filed March 4, 2019, the parties stipulated to extend to May 23, 2019, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

7. By Stipulation and Order filed May 23, 2019, the parties stipulated to extend to August 21, 2019, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

8. By Stipulation and Order filed August 21, 2019, the parties stipulated to extend to October 21, 2019, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

9. By Stipulation and Order filed October 18, 2019, the parties stipulated to extend to December 20, 2019, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

10. By Stipulation and Order filed December 17, 2019, the parties stipulated to extend to February 18, 2020, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

11. By Stipulation and Order filed January 31, 2020, the parties stipulated to extend to May 18, 2020, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

12. By Stipulation and Order filed May 15, 2020, the parties stipulated to extend to August 17, 2020, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

13. By Stipulation and Order filed August 10, 2020, the parties stipulated to extend to November 16, 2020, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

14. By Stipulation and Order filed November 13, 2020, the parties stipulated to extend to January 15, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

15. By Stipulation and Order filed January 14, 2021, the parties stipulated to extend to March 16, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

16. By Stipulation and Order filed March 15, 2021, the parties stipulated to extend to May 14, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

17. By Stipulation and Order filed May 13, 2021, the parties stipulated to extend to June 14, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

18. By Stipulation and Order filed June 14, 2021, the parties stipulated to extend to August 13, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

19. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to October 12, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

20. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to October 12, 2021.

Dated: 8/12/21

PHILLIP A. TALBERT
Acting United States Attorney

 /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant United States Attorney

Dated: 8/12/21

/s/ Kendell K. Ali
KENDELL K. ALI
Attorney for Ryan Raczkowski
(As authorized via email)

IT IS SO ORDERED.

Dated: August 16, 2021

Troy L. Nunley
United States District Judge